sanctions, including double costs and attorney's fees, denied. Certiorari denied.

No. 99–1733. SHOPPERS FOOD WAREHOUSE MD CORP. *v.* MO-RENO. Ct. App. D. C. Motion of Chamber of Commerce of the United States et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 99–1453. UNITED STATES EX REL. A–1 AMBULANCE SERV-ICE, INC., ET AL. *v.* COUNTY OF MONTEREY ET AL., 529 U. S. 1099. Petition for rehearing denied.

JUNE 27, 2000

No. 99–10164 (99A1072). IN RE HUNTER. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 99–10215 (99A1080). HUNTER *v.* LUEBBERS, SUPERIN-TENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Ap-plication for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

JUNE 28, 2000

No. 99–2079 (99A1076). GONZALEZ, NEXT FRIEND, OR ALTER-NATIVELY, AS TEMPORARY LEGAL CUSTODIAN OF GONZALEZ, A MINOR *v.* RENO, ATTORNEY GENERAL, ET AL. C. A. 11th Cir. Application for stay, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

JUNE 29, 2000

No. 98–1658. HELMS, INDIVIDUALLY, AND AS NEXT FRIEND OF HELMS, A MINOR, ET AL. *v.* PICARD, SUPERINTENDENT OF LOUISI-ANA PUBLIC EDUCATION, ET AL.; and